## Commonwealth ex rel. Carney *v.* Carney, Appellant.

Argued September 12, 1973. *Robert A. Ebenstein,* with him *Arnold C. Grossman,* and *Fine, Staud, Grossman & Garfinkle,* for appellant; *Bernard S. Robinson,* with him *Robinson & Bernstein,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

## Commonwealth ex rel. Daily, Appellant, *v.* Daily.

Argued September 11, 1973. *Charles F. Mayer,* for appellant; *Gilbert P. High, Jr.,* with him *Donald W. Lehrkinder* and *Lehrkinder & Gillingham,* for appellee.

Order affirmed.